IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSSLON JOWERS,                )
                               )
     Plaintiff,                )
                               )
                               )    CIVIL ACTION NO.
     v.                        )      2:12cv423-MHT
                               )          (WO)
ALABAMA BOARD OF PARDONS,      )
AND PAROLES, et al.,           )
                               )
     Defendants.               )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to enforce settlement filed by defendants William W. Wynne, Jr., Cliff Walker, Robert P. Longshore (incorrectly named in this litigation as Robert P. Longmire), and Alabama Board of Pardons and Paroles (doc. no. 33) is granted.

(2) The settlement agreement (Doc. No. 33) (Exhs. A and B) is adopted as the order of the court.

(3) Plaintiff Rosslon Jowers and defendants Wynne, Walker, Longshore, and Alabama Board of Pardons and Paroles are ENJOINED and RESTRAINED from failing to enforce their settlement agreement (Doc. No. 33) (Exhs. A and B).

(4) This lawsuit is dismissed as to plaintiff Jowers's claims

(5) This lawsuit is not dismissed as to the settlement agreement (Doc. No. 33) (Exhs. A and B), which has been adopted as the order of the court, that is, the court retains jurisdiction of this aspect of the case.

It is further ORDERED that all other pending motions are denied as moot.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of February, 2013.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**